IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DIANE WALLACE, as Guardian for DUSTIN WALLACE, a Protected Person, | ) ) ) | |
| Plaintiff, | ) ) | 7:09CV5006 |
| vs. | ) ) ) | ORDER |
| DUDE'S STEAKHOUSE-BRANDIN' IRON, INC., a Nebraska corporation and JOHN DOES 1 and 2, | ) ) ) ) | |
| Defendants. | ) ) | |

This matter is before the court *sua sponte.* On September 1, 2009, the court informed the parties by letter of their obligation to meet and confer pursuant to Fed. R. Civ. P. 26(f) and to file a written report of their meeting. **See** Filing No. 4. No such report has been filed.

Accordingly,

**IT IS ORDERED:**

The parties shall report to the court in accordance with Fed. R. Civ. P. 26(f) **on or before October 26, 2009 or** show cause why sanctions should not be imposed upon them in accordance with Fed. R. Civ. P. 16(f).

DATED this 16th day of October, 2009.

BY THE COURT:

 s/Thomas D. Thalken
United States Magistrate Judge