## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **DIANE WALLACE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **7:09CV5006** |
| **v.** | ) | |
| | ) | **ORDER** |
| **DUDE'S STEAKHOUSE-BRANDIN'** | ) | |
| **IRON, INC., et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

Upon notice of settlement given to the magistrate judge on March 9, 2011 by counsel for the plaintiff,

**IT IS ORDERED that:**

1.      **On or before April 8, 2011**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to Chief Judge Joseph F. Bataillon, at *bataillon@ned.uscourts.gov,* a draft order which will fully dispose of the case.  If the case is being dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a) and shall state whether the dismissal is with or without prejudice.

2.      Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

3.      The telephone conference previously scheduled for March 10, 2011, the pretrial conference, and trial are canceled and the plaintiff's motion (Filing No. 39) is terminated upon the representation that this case is settled.

DATED this 9th day of March, 2011.

BY THE COURT:

 s/ Thomas D. Thalken
 United States Magistrate Judge